# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| **NICHOLAS ROACHE,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No.  4:12-cv-04039-AKK-TMP |
| ) | |
| ) | |
| **ERIC HOLDER, JR., et al.,** ) | |
| ) | |
| Respondents. ) | |

## **MEMORANDUM OPINION**

On April 17, 2014, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be denied and dismissed.  (Doc. 12).  To date, no objections have been filed by either party.  The petitioner's copy of the report and recommendation was returned as undeliverable, and a stamped notation on the envelope noted that the petitioner now has been released.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be DENIED and DISMISSED.

A final judgment will be entered by separate order.

DATED this the 2nd day of May, 2014.

                                                                **ABDUL K. KALLON**
                                          UNITED STATES DISTRICT JUDGE